City of Chicago, a Municipal Corporation, Plaintiff-Appellee, v. Richard Chiagouris, d/b/a Frontier Management Company, Defendant-Appellant.

Gen. No. 51,697.  (Abstract of Decision.)

First District, Second Division.

May 14, 1968.

George Yellen, of Chicago, for appellant; Raymond F. Simon, Corporation Counsel, of Chicago (Marvin E. Aspen and Edmund Hatfield, Assistant Corporation Counsel, of counsel), for appellee. Opinion by JUSTICE McNAMARA. Not to be published in full.